■ In the Matter of LISA R. and Another.—Appeal unanimously dismissed without costs as academic. Were we to reach the merits we would affirm for the reasons stated in the decision at Onondaga County Family Court, Buck, J. (Appeal from order of Onondaga County Family Court, Buck, J.—neglect.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Davis, JJ.